Richard Warren CLARK, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 21220.

United States Court of Appeals
Fifth Circuit.

June 5, 1964.

Richard W. Clark, pro se.

Edgar L. Jenkins, Asst. U. S. Atty.,
Atlanta, Ga., for appellee.

Before TUTTLE, Chief Judge,
BROWN, Circuit Judge, and BREW-
STER, District Judge.

PER CURIAM:

The appeal in this Section 2255 case
is clearly without merit. The judgment
is Affirmed.

Janet Marie CUDDY, Administratrix of
the Estate of James R. Cuddy, Jr.,
Deceased, Appellant,

v.

WESTERN MARYLAND RAILWAY.

No. 14746.

United States Court of Appeals
Third Circuit.

Argued April 21, 1964.

Decided May 4, 1964.

David F. Binder, Philadelphia, Pa.
(Bernstein, Bernstein, Levy & Harrison,
Philadelphia, Pa., on the brief), for ap-
pellant.

Paul S. Parsons, Baltimore, Md.
(Horace G. Ports, Anderson, Ports, May,.
Beers & Blakey, York, Pa., on the brief),
for appellee.

Before KALODNER, FORMAN and
SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no
error. The Order of the District Court
of December 6, 1963 setting aside the
jury's verdict in favor of the plaintiff
and directing entry of judgment in favor
of the defendant will be affirmed for the
reasons so well stated by Judge Follmer
in his Memorandum Opinion, 220 F.
Supp. 443.

In the Matter of MURTA, APPLETON
CO., Bankrupt.

Roland J. Christy, Appellant.

No. 14706.

United States Court of Appeals
Third Circuit.

Argued April 20, 1964.

Decided April 30, 1964.

Roland J. Christy, Philadelphia, Pa.,
for appellant.

Bertram Bennett, Philadelphia, Pa.
(Jenkins, Bennett & Jenkins, Philadel-
phia, Pa., on the brief), for appellee.

Before KALODNER, FORMAN and
SMITH, Circuit Judges.

PER CURIAM:

On review of the record we find no
error. The Order of the District Court
will be affirmed for the reasons therein
stated.